■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN J. LAWS, Appellant. [873 NYS2d 230]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Centra, Fahey, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED MILLER, Appellant. [873 NYS2d 230]—Motion for writ of error coram nobis denied. Present—Martoche, J.P., Smith, Peradotto, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEYONTAY C. RICKS, Appellant. [873 NYS2d 229]—Motion for leave to appeal denied. Present: Martoche, J.P., Fahey, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK L. EMMONS, Appellant. [873 NYS2d 230]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR FUENTES, Appellant. [873 NYS2d 230]—Motion for reargument denied. Present—Hurlbutt, J.P., Martoche, Peradotto, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER L. POOLE, Appellant. (Appeal No. 2.) [873 NYS2d 230]—Motion for reargument denied. Present—Smith, J.P., Fahey, Peradotto and Pine, JJ.

■ SAM PILATO AND SON, INC., et al., Respondents, v LEO D. STAROWITZ, SR., et al., Defendants, and FRANK STAROWITZ, Appellant. [873 NYS2d 229]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Martoche and Smith, JJ.

■ SUSAN M. DOYLE, Respondent-Appellant, v CITY OF BUFFALO et al., Appellants-Respondents. (Appeal No. 3.) [872 NYS2d 301]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied; the cross motion for reargument is granted and, upon reargument, the memorandum and order entered November 14, 2008 (56 AD3d 1134 [appeal No. 3] [2008]) is amended by deleting "$36,000" from the penultimate sentence of the second paragraph of the memorandum and substituting "$32,000." Present—Scudder, P.J., Hurlbutt, Martoche and Smith, JJ.